AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00232 |
| Nicholas Waldon Smotherman | ) Assigned To : Judge G. Michael Harvey |
| DOB: XXXXXX | ) Assign. Date : 7/24/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2024_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder |
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers |
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(4) | Engaging in Physical Violence in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building |
| 40 U.S.C. § 5104(e)(2)(F) | Act of Physical Violence in the Capitol Grounds or Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __07/24/2024__                                        _____
                                                                                    *Judge's signature*

City and state: _____Washington, D.C._____        G. Michael Harvey, U.S. Magistrate Judge
                                                                                    *Printed name and title*