AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00232 |
| Nicholas Waldon Smotherman | ) Assigned To : Judge G. Michael Harvey |
| | ) Assign. Date : 7/24/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*          Nicholas Waldon Smotherman                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings

Date: __07/24/2024__

Digitally signed by G. Michael Harvey
Date: 2024.07.24 10:44:59 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.            G. Michael Harvey, U.S. Magistrate Judge
                                                *Printed name and title*

---

### Return

This warrant was received on *(date)* __07/24/2024__ , and the person was arrested on *(date)* __08/02/2024__
at *(city and state)* __Nashville, TN__ .

Date: __08/02/2024__                    _____
                                         *Arresting officer's signature*

                                         Emily Jackson, Special Agent, FBI
                                         *Printed name and title*