UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:24-mj-00232-GMH |
| | : | |
| NICHOLAS WALDON SMOTHERMAN, | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

The United States of America, by and through its attorney, respectfully requests that the status conference in this case be continued to the week of December 2, 2024. In support the United States states as follows:

1. The Defendant is charged by complaint with violations of 18 U.S.C. § 231(a)(3); 18 U.S.C. § 111(a)(1); 18 U.S.C. §§ 1752(a)(1), (a)(2), and (a)(4); 40 U.S.C. §§ 5104(e)(2)(D), (e)(2)(F), and (e)(2)(G).

2. A status conference is currently scheduled for November 21, 2024, at 1:00 p.m.

3. The parties have had productive discussions regarding a potential pretrial resolution to this case. There is an outstanding plea offer and counsel for the Defendant has indicated that the Defendant is considering the offer. At this time, a status conference is unnecessary and would likely be an inefficient use of the Court's resources.

4. The government has produced the substantial majority of discovery, pursuant to the protective order entered on August 19, 2024, ECF No. 11, and is working to produce outstanding discovery.

5. The parties have discussed a new status conference date and suggest that if the Court wishes to re-set the status conference, it do so for a date during the week of December 2, 2024.

6. The Defendant consents to this motion.

7. The Defendant also consents to the exclusion under the Speedy Trial Act, of time between today and the next court date. Excluding time between the date of this motion and the reset status conference date is in the interest of justice and will allow the parties to continue discussing a potential resolution to this case.

8. Because the Defendant is on release, a continuance will not impact his liberty.

WHEREFORE, in light of the foregoing, the United States, with the Defendant's consent, asks this Court to VACATE the hearing currently scheduled for November 21, 2024, and reset the status conference for a date during the week of December 2, 2024, that is available to the parties and this Court, and for any other relief this Court deems just and proper.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:    /s/ *Terence A. Parker*
TERENCE A. PARKER
Trial Attorney (Detailee)
U.S. Attorney's Office for the
District of Columbia
NY Bar No. 5775192
Email: Terence.Parker3@usdoj.gov
Phone: (202) 252-7859

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:24-mj-00232-GMH |
| NICHOLAS WALDON SMOTHERMAN, | : |
| Defendant. | : |

## [PROPOSED] ORDER

Upon consideration of the unopposed motion seeking to continue the status conference scheduled for November 21, 2024, it is hereby:

ORDERED, that the motion is GRANTED.

The status conference will be reset by separate notice.

The time between November 19, 2024, and the next status conference is excluded under the Speedy Trial Act in the interest of justice.

DATE:_____

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

3